422 A.2d 683

Commonwealth v. Franklin R. A., Appellant.

Submitted March 23, 1979. William R. Smith, for appellant; Marc Wolfe, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

422 A.2d 683

Commonwealth v. Gaither, Appellant.

Submitted March 23, 1979. Arthur L. Gutkin, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.